UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )   | |
| plaintiff,   ) | |
| )   | |
| v.   ) | File No. 10-159  (DWF/FLN) |
| )   | |
| BARRY VINCENT ARDOLF,   ) | |
| )   | |
| )   | |
| defendant.   ) | |

\* \* \* \* \* \* \* \* \* \* \*

### RESPONSE TO MOTION TO TAKE DEPOSITION
### OF SPECIAL AGENT JOHN WOOLEY

The defendant, Barry Vincent Ardolf , by and through counsel, Seamus R. Mahoney, pursuant to Rule 15 of Federal Rules of Criminal Procedure makes no objection to the deposition of Special Agent John Wooley.

Date: October 20, 2010  Respectfully submitted,

*s/ Seamus R. Mahoney*
Seamus R. Mahoney
Atty. Lic. No. 0289711
101 Fifth Street East
Suite 2626
St. Paul, MN  55101
(651) 398-8691