# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>v.<br>Barry Vincent Ardolf,<br>　　　　　　　　　Defendant. | **COURT MINUTES**<br>Case Number: CR 10-159 DWF/FLN<br><br>Date:　　　　　　　　December 16, 2010<br>Court Reporter:　　　Jeanne Anderson<br>Time Commenced:　 9:35 a.m. / 12:15 p.m.<br>Time Concluded:　　 1:37 p.m. / 4:31 p.m.<br>Time in Court:　　　 5 Hours & 46 Minutes |

Trial before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

　Plaintiff:　　Timothy C. Rank, Laura Provinzino, Assistant U.S. Attorneys
　Defendant:　Seamus R. Mahoney　　☒ Retained

PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **JURY Trial - Began**.
- ☐ **JURY Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☒ **JURY Trial Held.**
- ☒ Trial continued to Friday, December 17, 2010.
- ☒ Plaintiff's witnesses: Brenda Murphy, Bruce Garber, David Senger, Anoka Cty. Sheriff's Detective Patrick O'Hara, Joseph Maternowski, Anthony Dorland, Thomas Shroyer, Andrew Scobbie, Mou Cheng Vang, Mary Sill, Special Agent Brent Knutson, Special Agent David Ruffino, Special Agent Dennis Howe
- ☐ Defendant's witnesses:
- ☐ Plaintiff rests.　　☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Instruction conference.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict.  IT IS ORDERED: to separate and to return and resume deliberations on.
- ☐ Verdict Rec'd at:
    - ☐ Guilty as to Count(s).
    - ☐ Not Guilty as to Count(s).

☐ Court's Ruling:
   ☐ Guilty as to Count(s).
   ☐ Not Guilty as to Count(s).

## IT IS ORDERED:

☐ Oral motion for judgment of acquittal is .
☐ Clerk to file verdict.
☐ Written order forthcoming regarding Court's ruling.
☐ Presentence Investigation and Report requested.
☐ **~Util-Set/Reset Hearings - Sentencing is scheduled for .**
☐ Defendant remanded to the custody of the U.S. Marshal.
☐ Present bond continued.

CLERK'S USE ONLY:

☐ Number of trial days with evidence - .
☐ Exhibits returned to counsel or parties.

   s/B. Schaffer   
Signature of Calendar Clerk
