1                   UNITED STATES DISTRICT COURT

2                      DISTRICT OF MINNESOTA

3     ----------------------------------------------------------

4
      United States of America,    )  CR 10-159 (DWF/FLN)
5                                   )
                     Plaintiff,     )  CRIMINAL JURY TRIAL
6                                   )  VOLUME III
         -v-                        )
7                                   )
      Barry Vincent Ardolf,         )  December 17, 2010
8                                   )  9:00 o'clock, a.m.
                     Defendant.     )  St. Paul, Minnesota
9

10    ----------------------------------------------------------

11

12

13       BEFORE THE HONORABLE JUDGE DONOVAN W. FRANK

14          UNITED STATES DISTRICT COURT JUDGE

15          CRIMINAL JURY TRIAL PROCEEDINGS

16                     VOLUME III

17

18

19                    *    *    *

20

21

22

23               JEANNE M. ANDERSON
              Registered Merit Reporter
24        Suite 646, 316 North Robert Street
             St. Paul, Minnesota 55101
25                 (651) 848-1221

1
APPEARANCES:
2

3

4   FOR THE PLAINTIFF:    Timothy C. Rank, Esq.
                          Laura Provinzino, Esq.
5                         Assistant United States Attorneys
                          Suite 600, 300 South 4th Street
6                         Minneapolis, Minnesota 55415
                          (612) 664-5600
7

8

9

10

11
    FOR THE DEFENDANT:    Seamus R. Mahoney, Esq.
12                        Attorney at Law
                          101 East Fifth Street, Suite 2626
13                        St. Paul, Minnesota 55101
                          (651) 398-8691
14

15

16

17                        (Defendant present.)

18

19

20

21

22

23

24

25

```
 1                    (In open court; jury present.)

 2              THE COURT:  Are we ready to proceed?

 3              MR. MAHONEY:  Your Honor, I would like to

 4    come up with counsel so we can speak to you on the side

 5    for a moment?

 6              THE COURT:  All right.  You can all be

 7    seated, if you wish.

 8                    (Discussion at the bench off the record.)

 9              THE COURT:  You may all be seated, if you

10    wish.

11              We are going to stand in recess until 9:30.

12    And then I will assume, since I will be in chambers, if

13    there is an issue that I haven't allotted enough time

14    for the recess, then someone will reach me.

15              And then, as I discussed with the lawyers, I

16    have made the necessary arrangements, so Mr. Mahoney, if

17    you would like more privacy to talk to your client, that

18    is being put into motion right now.

19              But, for the rest of the folks in the

20    courtroom, we will convene -- and in the event that for

21    some reason we don't convene around 9:30, I will make

22    some other decision on the record so that it is clear to

23    both people, regardless of what capacity people appear

24    here in, they know where is the trial at, are we

25    proceeding?
```

1        And so, we will stand in recess until 9:30.

2    And I assume if somebody needs access to me they will

3    have it.  And Brenda, you will take care of the other

4    issue?

5              THE CLERK:  Yes.

6              (Recess.)

11             Certified by:   s/ Jeanne M. Anderson

12                            Jeanne M. Anderson, RMR-RPR
                             Official Court Reporter